# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **BOND REVIEW HEARING RE MOTION BY DEFENSE** |
| v. | CASE NUMBER 21-CR-62 |
| **ZACHARY WAITE** | |

---

HONORABLE NANCY JOSEPH, presiding       Court Reporter: Zoom Audio
Deputy Clerk: Ross Miller                            Hearing Began: <u>10:35am</u>
Hearing Held: May 20, 2021 at 10:30am          Hearing Ended: <u>10:51am</u>

**Appearances:**
UNITED STATES OF AMERICA by: Karine Moreno-Taxman
ZACHARY WAITE, via video conference, and by: Daniel H Sanders      ☑ CJA ☐ FDS ☐ RET
U.S. PROBATION OFFICE by: Joshua Hanzlik
INTERPRETER: ☑ None ☐ Sworn

---

☑ Defendant is released on:    ☑ O/R bond
                               ☑ *See* Order Setting Conditions of Release

---

DEFENSE

- Asking Defendant be released to the property identified in the motion.
- Probation has done a preliminary assessment and the property checks out so far.
- Suggests Defendant's mother Andrea Hanson as a third-party custodian.
- Defendant is aware of the strict conditions of release proposed.
- Defendant wants to be around for birth of his child.
- Believes the conditions proposed can assure the court that Defendant is not a flight risk or danger to the community.
- Girlfriend and Mother understand that there can be no drugs, firearms, or paraphernalia at any location/automobile Defendant is present at.

PROBATION

- Has had contact with the owner of the upper level of the duplex Defendant will reside in.
- Spoke with Mother about being third-party custodian.
- Will be out to the residence in the next couple of days if Defendant is released on GPS monitoring.

GOVT

- Would not usually join in this motion except for the birth of Defendant's child.
- Defendant's girlfriend wants him there for the birth of their child.
- Thinks proposal by Defense plus GPS monitoring would allow court to be aware of Defendant's compliance with conditions of release.
- Wants court to question Defendant's mother regarding being a third-party custodian.

- Doesn't want Defendant driving around town.
- Wants Pretrial Services to contact office if Defendant violates GPS monitoring within 24 hours.

COURT

- Addresses Andrea Hanson about ability to be a third-party custodian and informs her of the responsibilities she will have.
- Court accepts joint recommendation to release with conditions.

**COURT ORDERS:**

- Defendant to be released to address approved by pretrial services.
- Andrea Hanson is approved as third-party custodian.
- Defendant to report to pretrial services as directed.
- Court imposes GPS monitoring with home detention.
- Defendant to not possess any firearms or use any illegal drugs or unauthorized medications.
- Defendant to submit to random UAs as directed by pretrial services.
- Defendant's travel restricted to the Eastern District of Wisconsin.
- Defendant to be allowed to look for work and leave the home for work subject to pretrial services approval.
- Defendant to not have any contact with co-defendants or witnesses.
- Defendant allowed to leave home for medical appointments and birth of his child subject to pretrial services approval.
- Defendant to contact his attorney after he is released.