# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| UNITED STATES OF AMERICA | BOND REVIEW HEARING |
|---|---|
| v. | CASE NUMBER 21-CR-62 |
| ZACHARY WAITE | |

HONORABLE NANCY JOSEPH, presiding  Court Reporter: Liberty
Deputy Clerk: Ross Miller  Hearing Began: 2:03pm
Hearing Held: September 9, 2021 at 2:00pm  Hearing Ended: 2:36pm

**Appearances:**
UNITED STATES OF AMERICA by: Karine Moreno-Taxman
ZACHARY WAITE, in person, and by: Daniel Sanders     ☑ CJA ☐ FDS ☐ RET
U.S. PROBATION OFFICE by: Michael Karolewicz
INTERPRETER: ☑ None ☐ Sworn

☑ **Defendant is released on:** ☑ **O/R bond with added conditions of release (see below)**

DEFT

- AUSA informed defense counsel that Deft had been arrested.
- Counsel spoke with the ADA that informed that they would not be charging Deft.
- Suggested the ADA contact the AUSA and PTS about charging decision but that did not occur.
- Deft stated he was defending himself during altercation.
- Deft has been living with 3rd party custodian Mother.
- Deft was working two jobs now has one full-time job and is applying for a new full-time job.
- Deft paying for apartment that mother of his child and child live at.
- Mother of child keeps contacting Deft.
- Deft wasn't drunk during incident and isn't a drinker.
- Deft willing to abide by any conditions court imposes.
- Deft requests a no-contact order between him and mother of child.
- Deft's mother can facilitate contact between Deft and mother of child.
- Does not believe mother of child is in fear of Deft.
- Requests release with conditions.

AUSA

- Deft was released to allow him to be with girlfriend and newborn baby.
- Now there is an incident involving Deft and mother of child.
- Irrelevant whether Deft was charged or not during the incident.
- Deft hurt mother of child and 17-year-old child during incident.
- Deft called mother of child from police department phone.
- If released wants no alcohol provision with testing and a curfew.
- Mother of child is terrified of friend of Deft and Deft.
- Requesting detention or a review date with new conditions imposed.

PTS

- Can use Soberlink device in Deft mother's house for compliance with no alcohol use.

DEFT MOTHER

- States that she is willing to facilitate communication and visitation between Deft and mother of child so that they do not have to have direct contact.

COURT

- Deft has responsibility to take care of child.
- Mother will deal with contact between the parties.
- Court will not order curfew or a review date.

  **Court orders the following newly imposed conditions of release:**
- **No direct contact with mother of child Godoy. PTS will set a GPS exclusion zone around Godoy household.**
- **All contacts with mother of child Godoy to be facilitated by Deft mother.**
- **Court orders Soberlink device for Deft. PTS may remove Soberlink in consultation with Court if results are consistently negative.**
- **AUSA, PTS, and Deft mother to notify mother of child Godoy regarding new conditions of release for Deft.**
- **All other previously ordered conditions of release remain in effect.**