# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | BOND REVIEW HEARING |
| v. | CASE NUMBER 21-CR-62 |
| ZACHARY WAITE | |

| | |
|---|---|
| HONORABLE NANCY JOSEPH, presiding | Court Reporter: Liberty |
| Deputy Clerk: Ross Miller | Hearing Began: <u>10:05am</u> |
| Hearing Held: March 15, 2022 at 10:00am | Hearing Ended: <u>10:30am</u> |

**Appearances:**
UNITED STATES OF AMERICA by: Karine Moreno-Taxman
ZACHARY WAITE, in person, and by: Daniel Sanders     ☑ CJA  ☐ FDS  ☐ RET
U.S. PROBATION OFFICE by: Michael Karolewicz
INTERPRETER: ☑ None ☐ Sworn

DEFT

- Defendant knows he violated conditions regarding contact with mother of child in common.
- Defendant understands he is to have no contact with the mother.
- Defendant has been working and is starting a new job tomorrow.
- Defendant's mother will continue to be a third-party custodian regarding placement of child.
- Mother of child has sent threatening texts to Defendant and Defendant's mother.

GOVT

- Defendant did not act properly with exchange of child.
- Defendant did not inform PTS of mother of child in common's change of address.
- Defendant recently quit a job.
- Defendant needs to figure out a better way to function as a parent.
- Government requesting new conditions.

PTS

- Defendant is enrolled in parenting classes and has been attending weekly.

COURT

- Admonishes Defendant that one of his release conditions involves no contact with the mother of his child.
- Defendant must abide by the conditions set by this Court.
- Defendant to not have any contact with the mother of their child.
- All other conditions previously ordered remain in full effect.